No. 285. MORAN TOWING & TRANSPORTATION CO., INC. *v.* ROBINS DRY DOCK & REPAIR CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Horace L. Cheyney* and *James M. Gorman* for petitioner. *Messrs. E. Curtis Rouse, Harold Harper,* and *Homer L. Loomis* for respondents. See also 235 App. Div. 841.

No. 286. KLINGE *v.* SOUTHERN PACIFIC CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Lindsay R. Rogers* for petitioner. *Messrs. Emmett M. Bagley, Paul H. Ray,* and *Guy V. Shoup* for respondent.

No. 287. WIGGINS *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. George W. Nilsson* and *Morgan J. Doyle* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold* and *John H. McEvers* for the United States.

No. 289. GANS STEAMSHIP LINE *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jacob S. Seidman* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John MacC. Hudson* for the United States.

No. 291. LONDON & LANCASHIRE INDEMNITY CO. *v.* STEFUS ET AL. October 9, 1933. Petition for writ of cer--